IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–1–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL EUGENE PALMER, | |
| Defendant. | |

Before the Court is the United States of America's Motion for Final Order of Forfeiture. (Doc. 48.) Having reviewed said Motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 21 U.S.C. § 853;

2. A Preliminary Order of Forfeiture was entered on August 15, 2025; (Doc. 43);

3. All known interested parties were provided an opportunity to respond and published notice has been effected, as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853;

It is therefore ORDERED, DECREED, and ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 48) is GRANTED.

2.   Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- $5,349.00 in United States currency.

The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with law.

DATED this 8th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court